**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6375

HOWARD DUFFIS CLAUDIO,

        Plaintiff - Appellant,

    v.

THE GEO GROUP, INCORPORATED; WARDEN JONATHAN MINER; WALLACE
BRANCH; R.W. HINTON; FEDERAL BUREAU OF PRISONS; HARLEY
LAPPIN, Director,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Fox, Senior
District Judge. (5:10-ct-03042-F)

Submitted: July 18, 2013        Decided: July 22, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Howard Duffis Claudio, Appellant Pro Se. Michael Gordon James,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina;
Robert T. Numbers, II, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Duffis Claudio seeks to appeal the district court's order dismissing the Bureau of Prisons and Harley Lappin as parties to his lawsuit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because the action is proceeding in the district court against the remaining defendants, the order Claudio seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED